IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Garfield George

Printed: 8/26/08

Case Number: 04 B 16382
Judge: Wedoff, Eugene R
Filed: 4/26/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 20, 2008
Confirmed: June 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 29,953.33 |  |
| Secured: |  | 2,025.29 |
| Unsecured: |  | 4,523.97 |
| Priority: |  | 19,421.52 |
| Administrative: |  | 2,194.00 |
| Trustee Fee: |  | 1,531.87 |
| Other Funds: |  | 256.68 |
| Totals: | 29,953.33 | 29,953.33 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,194.00 | 2,194.00 |
| 2. | Drive Financial Services | Secured | 2,025.29 | 2,025.29 |
| 3. | Internal Revenue Service | Priority | 19,421.52 | 19,421.52 |
| 4. | Drive Financial Services | Unsecured | 991.40 | 991.40 |
| 5. | United Student Aid Funds Inc | Unsecured | 1,279.04 | 1,279.04 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 1,994.10 | 1,994.10 |
| 7. | Commonwealth Edison | Unsecured | 129.83 | 129.83 |
| 8. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 9. | SBC | Unsecured | 85.63 | 85.63 |
| 10. | Internal Revenue Service | Unsecured | 43.97 | 43.97 |
| 11. | MCI | Unsecured |  | No Claim Filed |
| 12. | RCN | Unsecured |  | No Claim Filed |
| 13. | Robert J Adams & Associates | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 28,164.78 | $ 28,164.78 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 83.26 |
| 6.5% | 326.61 |
| 3% | 52.26 |
| 5.5% | 319.37 |
| 5% | 87.09 |
| 4.8% | 181.16 |
| 5.4% | 482.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Smith, Garfield George

Printed:  8/26/08

Case Number:  04 B 16382
Judge:  Wedoff, Eugene R
Filed:  4/26/04

_____
$ 1,531.87

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____